IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | NO. | <u>25-MJ-1131</u> |
| v. | ) | | |
| | ) | | Judge Holmes |
| The Cellular Telephone Assigned Call | ) | | |
| Number 615-720-7653 | ) | | |
| (the "TARGET TELEPHONE") | ) | | |

## **MOTION TO UNSEAL SEARCH WARRANT**

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, and Ahmed A. Safeeullah, Assistant United States Attorney, hereby moves this Court to unseal the search warrant in this case.

The search warrant was sealed to assist in the identification and apprehension of Defendant Rimon Salim in connection to a criminal complaint charging federal offenses. The defendant is in federal custody. Because the risk of flight and danger has ceased upon the execution of a warrant related to the complaint, the government believes this warrant should be unsealed.

WHEREFORE, the United States respectfully requests the search warrant in this case be unsealed as described in the attached proposed Order.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney
Middle District of Tennessee

*s/ Ahmed A. Safeeullah*
Ahmed A. Safeeullah
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151