IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | NO. | 25-MJ-1131 |
| v. | ) | | |
| | ) | | Judge Holmes |
| The Cellular Telephone Assigned Call | ) | | |
| Number 615-720-7653 | ) | | |
| (the "TARGET TELEPHONE") | ) | | |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal Search Warrant.

It is hereby ordered that: The Motion is granted, and the Search Warrant is ordered unsealed.

Dated: March 31, 2025

BARBARA D. HOLMES
U.S. MAGISTRATE JUDGE